EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Lcda. Margarita Dávila Tellado | 2002 TSPR 139<br><br>157 DPR \_\_\_\_ |

Número del Caso: TS-3835


Fecha: 25/octubre/2002


Oficina de Inspección de Notarías:
                         Lcda. Carmen H. Carlos
                         Directora

Colegio de Abogados de Puerto Rico:
                         Lcdo. Israel Pacheco Acevedo


Abogada de la Parte Querellada:
                         Por Derecho Propio


Materia: Solicitud de Reinstalación

        Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcda. Margarita Dávila Tellado                    TS-3835

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de octubre de 2002

El 4 de octubre del 2000 la entonces Lcda. Margarita Dávila Tellado fue suspendida indefinidamente del ejercicio de la abogacía y de la notaría por no haber informado el cambio de dirección. Por esta razón no se le pudieron notificar diferentes órdenes, tanto de este Tribunal como de la Oficina de Inspección de Notarías. El 14 de junio del año en curso la señora Dávila Tellado solicitó la reinstalación al ejercicio de la profesión de abogado y al notariado.

Vistas las diferentes mociones presentadas por la señora Dávila Tellado, la Oficina de Inspección de Notarías y el Colegio de Abogados, el Tribunal ordena la reinstalación de la Sra. Dávila Tellado al ejercicio de la abogacía y de la notaría, previo el cumplimiento con los trámites de ley correspondientes.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Fuster Berlingeri no intervinieron.

                                        Patricia Otón Olivieri
                                    Secretaria del Tribunal Supremo